UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **R.C.S., et al.,**<br><br>        Plaintiffs,<br><br>        v.<br><br>**SHREWSBURY BOROUGH SCHOOL DISTRICT BOARD OF EDUCATION, et al.,**<br><br>        Defendants. | Civil Action No. 12-7769 (MAS)(LHG)<br><br>**PRETRIAL SCHEDULING ORDER** |

    **THIS MATTER** having come before the Court on **May 18, 2015**, for a telephonic conference pursuant to Fed. R. Civ. P. 16; Mark Villaverde, Esq., and Hailey DeKraker, Esq., of Milbank, Tweed, Hadley & McCloy, LLP, and Steven J. Daroci, Esq., of Fox Rothschild LLP, appearing on behalf of Plaintiffs; and Benjamin J. DiLorenzo, Esq., of Bressler Amery & Ross, appearing on behalf of Michael Inzelbuch; William S. Donio, Esq., of Cooper Levenson, PA, appearing on behalf of Defendant Shrewsbury Borough School District Board of Education on the third-party claims; Boris Shapiro, Esq., of Methfessel & Werbel, appearing on behalf of Defendants; and for good cause shown,

    **IT IS** on this **2nd** day of **June, 2015,**

    **ORDERED** that a Friendly Hearing will be conducted by the undersigned, at the Clarkson S. Fisher United States Courthouse, Trenton, New Jersey on **July 8, 2015 at 3:30 p.m.**; and it is further

    **ORDERED** that the parties shall submit all papers in support of the proposed settlement by no later than **July 1, 2015**; and it is further

   **ORDERED** that the parties shall advise the undersigned by no later than **June 22, 2015,** if they will not be prepared to proceed with the Friendly Hearing.

                      _____
                       **LOIS H. GOODMAN**
                       **United States Magistrate Judge**